GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
KERN & ASSOCIATES, LTD.
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: gaylekern@kernltd.com
Email: karenayarbe@kernltd.com
*Attorneys for Gayle A. Kern, Ltd., dba Kern & Associates, Ltd.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-3CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB<br><br>Plaintiff,<br><br>v.<br><br>HIGHLAND RANCH HOMEOWNERS ASSOCIATION; KERN & ASSOCIATES, LTD.; TBR I, LLC; AIRMOTIVE INVESTMENTS LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants.<br>_____/ | Case No.: 3:16-cv-00436-RCJ-WGC<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT GAYLE A. KERN, LTD., dba KERN & ASSOCIATES, LTD., TO FILE ITS REPLY IN SUPPORT OF MOTION TO DISMISS (ECF #8)<br><br>(First Request) |

***IT IS HEREBY STIPULATED*** between Plaintiff, The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2005-3CB Mortgage Pass-Through Certificates, Series 2005-3CB ("BNY"), by and through its attorneys of record, Akerman, LLP, and Defendant, Gayle A. Kern, Ltd., dba Kern & Associates, Ltd. ("Kern"), by and through its counsel Kern & Associates, Ltd., to extend the

1

deadline for Kern to file its Reply ("Reply") in Support of its Motion to Dismiss ("Motion") from September 12, 2016 to September 26, 2016.

Kern's Motion (ECF #8) was filed August 15, 2016, and BNY's Response to the Motion (ECF #20) was filed September 1, 2016. BNY and Kern (collectively referred to as the "Parties") hereby stipulate to extend the time for the filing of Kern's Reply up-to-and-including September 26, 2016. Good cause exists for this first requested extension in order to coincide briefing deadlines for various pending motions.

This is the Parties' first request for an extension of time to file the Reply and is not intended to cause any delay or prejudice to any party.

DATED this 9th day of September, 2016.                    DATED this 9th day of September, 2016.

***KERN & ASSOCIATES, LTD.***                             ***AKERMAN, LLP***
*/s/ Karen M. Ayarbe, Esq.*                               */s/ Natalie L. Winslow, Esq.*
KAREN M. AYARBE, ESQ.                                     NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 3358                                       Nevada Bar No. 12125
5421 Kietzke Lane, Ste. 200                               1160 Town Center Drive, Ste. 330
Reno, NV 89511                                            Las Vegas, NV 89144
Tel: (775) 324-5930                                       Tel: (702) 634-500
*Attorneys for Defendant*                                 *Attorneys for Plaintiff*
*Kern & Associates, Ltd.*                                 *The Bank Of New York Mellon*

**ORDER**

### IT IS SO ORDERED.

DATED this 22nd day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully Submitted By:*

*/s/ Karen M. Ayarbe, Esq.*
KAREN M. AYARBE, ESQ.
*Attorneys for Defendant Gayle A. Kern, Ltd., dba Kern & Associates, Ltd.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure 5(b), I certify that on the 9th day of September, 2016, I served via the CM/ECF electronic filing system, and in accord with Local Rule IC 4-1(b) of the United States District Court for the District of Nevada, a true and correct copy of the ***STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT GAYLE A. KERN, LTD., dba KERN & ASSOCIATES, LTD., TO FILE ITS REPLY IN SUPPORT OF MOTION TO DISMISS*** (First Request) to the attorneys associated with this case.

| | |
|---|---|
| **DARREN T BRENNER** | darren.brenner@akerman.com |
| | michele.pori@akerman.com |
| | erin.abugow@akerman.com |
| | tracey.wayne@akerman.com |
| | allen.stephens@akerman.com |
| | william.habdas@akerman.com |
| | jennifer.richardson@akerman.com |
| | ariel.stern@akerman.com |
| | akermanlas@akerman.com |
| | jennifer.blumberg@akerman.com |
| **RYAN WILLIAM LEARY** | rleary@laxalt-nomura.com |
| | ylarssen@laxalt-nomura.com |
| **HOLLY S PARKER** | hparker@laxalt-nomura.com |
| | kmartin@laxalt-nomura.com |
| **TIMOTHY RHODA** | croteaulaw@croteaulaw.com |
| **NATALIE L WINSLOW** | natalie.winslow@akerman.com |
| | darren.brenner@akerman.com |
| | ariel.stern@akerman.com |
| | akermanlas@akerman.com |
| | allen.stephens@akerman.com |

 */s/ Christine A. Lamia*_____
 An Employee of Kern & Associates, Ltd.

3