HOLLY S. PARKER (SBN 10181)
RYAN LEARY (SBN 11630)
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, Nevada 89521
T: (775) 322-1170
Attorneys for *Defendant HIGHLAND RANCH HOMEOWNERS ASSOCIATION*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA – NORTHERN DIVISION

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-3CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB,<br><br>Plaintiff,<br><br>vs.<br><br>HIGHLAND RANCH HOMEOWNERS ASSOCIATION; KERN & ASSOCIATES, LTD; TBR 1, LLC; AIRMOTIVE INVESTMENTS LLC; DOE INDIVIDUALS I-X inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 3:16-cv-00436-RCJ-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DATE BY WHICH HIGHLAND RANCH HOMEOWNERS ASSOCIATION SHALL HAVE TO FILE ITS REPLY IN SUPPORT OF PARTIAL MOTION TO DISMISS AND OPPOSITION TO BANK OF NEW YORK MELLON'S COUNTERMOTION FOR SUMMARY JUDGMENT**<br>**(FIRST REQUEST)** |

Plaintiff, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-3CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB ("Bank of New York Mellon") and Defendant, HIGHLAND RANCH HOMEOWNERS ASSOCIATION ("Highland Ranch HOA"), by and through their respective counsel, stipulate to extend the deadline for Highland Ranch HOA to file its Reply in Support of Partial Motion to Dismiss and its Opposition to Bank of New York Mellon's Motion for Summary Judgment from September 26, 2016 to October 3, 2016.

LAXALT & NOMURA,
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521

Highland Ranch filed its Partial Motion to Dismiss (ECF #18) on August 29, 2016 and Bank of New York Mellon filed its Countermotion for Summary Judgment on September 1, 2016 (ECF #21).  Good cause exists for the extension of an additional week so that Highland Ranch HOA can further evaluate recent case law that may impact the issues in the briefing and the parties' recent FRCP 26 disclosures which may impact the issues in the briefing, and so that Highland Ranch may further research the law bearing on the issues in the briefing.  The Court has not granted any previous extensions to Highland Ranch HOA for this briefing.

**IT IS SO STIPULATED.**

Dated this 21st day of September, 2016.

AKERMAN LLP


By /s/ Natalie Winslow
   DARREN T. BRENNER, ESQ. (SBN 8386)
   NATALIE WINSLOW, ESQ. (SBN 12125)
   1160 Town Center Drive, Suite 330
   Las Vegas, Nevada 89144
   Attorneys for Plaintiff
   Bank of New York Mellon fka The Bank
   New York as Trustee for the Certificateholders
   CWALT, INC. Alternative Loan Trust
   2005-3CB Mortgage Pass-Through
   Certificates, Series 2005-3CB

Dated this 21st day of September, 2016.

LAXALT & NOMURA, LTD.


By _____
   HOLLY S. PARKER (SBN 10181)
   RYAN W. LEARY (SBN 11630)
   9600 Gateway Drive
   Reno, Nevada 89521
   Attorneys for Defendant
   Highland Ranch Homeowners
   Association

**IT IS SO ORDERED**:

Dated this  22nd day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of Laxalt & Nomura, Ltd. and not a party to, nor interested in, the within action; that on the 21st day of September, 2016, a true and correct copy of the foregoing *STIPULATION AND ORDER TO EXTEND DATE BY WHICH HIGHLAND RANCH HOMEOWNERS ASSOCIATION SHALL HAVE TO FILE ITS REPLY IN SUPPORT OF PARTIAL MOTION TO DISMISS AND OPPOSITION TO BANK OF NEW YORK MELLON'S COUNTERMOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)* was filed electronically through the Court's CM/ECF electronic notice system to the attorneys associated with this case.

Darren T. Brenner, Esq.
Natalie L. Winslow, Esq.
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
*Attorneys for Plaintiff The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-3CB Mortgage Pass-Through Certificates, Series 2005-3CB*

Timothy E. Rhoda, Esq.
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road
Suite 100
Las Vegas, NV 89148
*Attorneys for TBR I, LLC and Airmotive Investments, LLC*

Gayle A. Kern, Esq.
Karen M. Ayarbe, Esq.
KERN & ASSOCIATES, LTD.
5421 Keitzke Lane
Suite 200
Reno, NV 89511
*Attorneys for Kern & Associates, Ltd.*

/s/ Kathie Martin
_____
An Employee of Laxalt & Nomura, Ltd.