AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_****\_\_\_\_\_ DISTRICT OF \_\_\_NEVADA\_\_\_

BANK OF NEW YORK MELLON,

    Plaintiff,

v.

HIGHLAND RANCH HOMEOWNERS
ASSOCIATION, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:16-cv-00436-RCJ-WGC**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motions to Dismiss (ECF Nos. 8, 18) and Countermotion for Summary Judgment (ECF No. 21) are each **granted in part** and **denied in part.** The Court grants summary judgment in Plaintiff's favor on its claim of quiet title and declaratory judgment. TBR and Airmotive purchased the Property subject to Plaintiff's first deed of trust. Plaintiff's remaining claims are dismissed as moot.

December 6, 2016                                                         **LANCE S. WILSON**
                                                                                            Clerk

                                                                                            /s/ K. Rusin
                                                                                            Deputy Clerk