GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
LEACH KERN GRUCHOW
ANDERSON SONG
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: kayarbe@lkglawfirm.com
*Attorneys for Gayle A. Kern, Ltd., dba Kern & Associates, Ltd.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-3CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB<br><br>Plaintiff,<br><br>v.<br><br>HIGHLAND RANCH HOMEOWNERS ASSOCIATION; KERN & ASSOCIATES, LTD.; TBR I, LLC; AIRMOTIVE INVESTMENTS LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants.<br>_____/ | Case No.: 3:16-cv-00436-RCJ-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT GAYLE A. KERN, LTD., dba KERN & ASSOCIATES, LTD., TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

*IT IS HEREBY STIPULATED* between Plaintiff, The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2005-3CB Mortgage Pass-Through Certificates, Series 2005-3CB ("BNY"), by and through its attorneys of record, Akerman, LLP, and Defendant, Gayle A. Kern, Ltd., dba Kern & Associates, Ltd. ("Kern"), by and through its counsel Leach Kern Gruchow Anderson Song

1

to extend the deadline for Kern to answer or otherwise responds to BNY's Complaint from September 20, 2019 up to and including November 5, 2019.

This matter was remanded to this Court by the Ninth Circuit Court of Appeals for further proceedings on July 19, 2019 (*see* DE 67). A Status Conference was held before this Court on September 16, 2019 at 10:00 a.m., wherein the Court set the date of September 20, 2019 for Highland Ranch Homeowners Association and Kern to respond to BNY's Complaint.

BNY and Kern (collectively, the "Parties") hereby stipulate to extend the date for Kern to file an answer or otherwise respond to BNY's Complaint up-to-and-including November 5, 2019. Good cause exists for this requested extension to allow the Parties to conduct scheduled discovery during the month of October, further evaluate the issues on remand, and discuss narrowing issues and/or potential dismissal of claims without expenditure of additional time, resources, and expense of the Parties, and potentially the Court. It is respectfully requested, therefore, that the Court approve this Stipulation and extend the date to November 5, 2019 for Kern to answer or otherwise respond to BNY's Complaint.

This is the first request for an extension of time, upon remand, for Kern to file its answer or otherwise to respond to BNY's Complaint, and it is not intended to cause any delay or prejudice to any party.

DATED this 19th day of September, 2019.    DATED this 19th day of September, 2019.

*LEACH KERN GRUCHOW*              *AKERMAN, LLP*
  *ANDERSON SONG*

*/s/ Karen M. Ayarbe, Esq.*                     */s/ Darren T. Brenner, Esq.*
KAREN M. AYARBE, ESQ.                    DARREN T. BRENNER, ESQ.
Nevada Bar No. 3358                              Nevada Bar No. 8386
5421 Kietzke Lane, Ste. 200                     1635 Village Center Circle, Ste. 200
Reno, NV 89511                                        Las Vegas, NV 89134
Tel: (775) 324-5930                                   Tel: (702) 634-5000
*Attorneys for Kern & Associates, Ltd.*    *Attorneys for Plaintiff*

# **ORDER**

*IT IS SO ORDERED.*

DATED this 20th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully Submitted By:*
*/s/ Karen M. Ayarbe, Esq.*
KAREN M. AYARBE, ESQ.

Case No.: 3:16-cv-00436-RCJ-WGC

3