GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
LEACH KERN GRUCHOW
ANDERSON SONG
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: kayarbe@lkglawfirm.com
*Attorneys for Gayle A. Kern, Ltd., dba Kern & Associates, Ltd.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-3CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB<br><br>Plaintiff,<br><br>v.<br><br>HIGHLAND RANCH HOMEOWNERS ASSOCIATION; KERN & ASSOCIATES, LTD.; TBR I, LLC; AIRMOTIVE INVESTMENTS LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants.<br>_____/ | Case No.: 3:16-cv-00436-RCJ-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT GAYLE A. KERN, LTD., dba KERN & ASSOCIATES, LTD., TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

***IT IS HEREBY STIPULATED*** between Plaintiff, The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2005-3CB Mortgage Pass-Through Certificates, Series 2005-3CB ("BNY"), by and through its attorneys of record, Akerman, LLP, and Defendant, Gayle A. Kern, Ltd., dba Kern & Associates, Ltd. ("Kern"), by and through its counsel Leach Kern Gruchow Anderson Song

1

to extend the deadline for Kern to answer or otherwise respond to BNY's Complaint from November 5, 2019 up to and including November 26, 2019.

Scheduled discovery was conducted during the month of October. The Parties are now circulating for approval a stipulation to dismiss Kern from this matter. Despite undersigned counsels' diligent efforts, the submission of a stipulated dismissal by the current November 5, 2019 deadline may not be possible. In an abundance of caution, it is respectfully requested that the Court approve this Stipulation and extend the date for Kern's response up to and including November 26, 2019, while the Parties will continue their efforts to finalize Kern's dismissal.

This is the second request for an extension of time, upon remand, and it is not intended to cause any delay or prejudice to any party.

DATED this 5th day of November, 2019.                     DATED this 5th day of November, 2019.

***LEACH KERN GRUCHOW***                                  ***AKERMAN, LLP***
   ***ANDERSON SONG***

*/s/ Karen M. Ayarbe, Esq.*                               */s/ Darren T. Brenner, Esq.*
KAREN M. AYARBE, ESQ.                                     DARREN T. BRENNER, ESQ.
Nevada Bar No. 3358                                       Nevada Bar No. 8386
5421 Kietzke Lane, Ste. 200                               1635 Village Center Circle, Ste. 200
Reno, NV 89511                                            Las Vegas, NV 89134
Tel: (775) 324-5930                                       Tel: (702) 634-5000
*Attorneys for Kern & Associates, Ltd.*                   *Attorneys for Plaintiff*

## **ORDER**

***IT IS SO ORDERED.***

DATED this 5th day of November, 2019.

                                              _William G. Cobb_
                                              U.S. MAGISTRATE JUDGE