**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2005-3CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB,<br><br>Plaintiff,<br><br>v.<br><br>HIGHLAND RANCH HOMEOWNERS ASSOCIATION; KERN & ASSOCIATES, LTD; TBR I, LLC; AIRMOTIVE INVESTMENTS LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 3:16-cv-00436-RCJ-WGC<br><br>**ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO HIGHLAND RANCH HOMEOWNERS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2005-3CB Mortgage Pass-Through Certificates, Series 2005-3CB (**BoNYM**), and Highland Ranch Homeowners Association (**Highland Ranch**), hereby stipulate and agree that BoNYM shall have an additional seven (7) days, up to and including **January 16, 2020**, to file its response to Highland Ranch's motion for summary judgment,

51308204;1

1  which is currently due on January 9, 2020, pursuant to ECF No. 86. Highland Ranch's motion for
2  summary judgment was filed on December 19, 2019.
3      This is the parties' first request for an extension of this deadline and is not intended to cause
4  any delay or prejudice to any party.
5      DATED this 7th day of January, 2020.

| **AKERMAN LLP** | **LAXALT & NOMURA, LTD.** |
|---|---|
| */s/ Jamie K. Combs* | */s/ Holly S. Parker* |
| DARREN T. BRENNER, ESQ. | HOLLY S. PARKER, ESQ. |
| Nevada Bar No. 8386 | Nevada Bar No. 10181 |
| NATALIE L. WINSLOW, ESQ. | RYAN W. LEARY, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 11630 |
| JAMIE K. COMBS, ESQ. | 9790 Gateway Drive, Suite 200 |
| Nevada Bar No. 13088 | Reno, NV 89511 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | *Attorneys for Highland Ranch Homeowners Association* |
| *Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2005-3CB Mortgage Pass-Through Certificates, Series 2005-3CB* | |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: **January 9, 2020.**