# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2005-3CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB,<br><br>Plaintiff,<br><br>v.<br><br>HIGHLAND RANCH HOMEOWNERS ASSOCIATION; KERN & ASSOCIATES, LTD; TBR I, LLC; AIRMOTIVE INVESTMENTS LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 3:16-cv-00436-RCJ-WGC<br><br>**ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO HIGHLAND RANCH HOMEOWNERS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2005-3CB Mortgage Pass-Through Certificates, Series 2005-3CB (**BoNYM**), and Highland Ranch Homeowners Association (**Highland Ranch**), hereby stipulate and agree that BoNYM shall have an additional seven (7) days, up to and including **January 23, 2020**, to file its response to Highland Ranch's motion for summary judgment,

51653328;1

which is currently due on January 16, 2020, pursuant to ECF No. 92. Highland Ranch's motion for summary judgment was filed on December 19, 2019.

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

**IT IS SO ORDERED:**

______________________________

**UNITED STATES DISTRICT COURT JUDGE**

DATED**: January 16, 2020.**

51653328;1