# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-3CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB,<br><br>Plaintiff,<br><br>vs.<br><br>HIGHLAND RANCH HOMEOWNERS ASSOCIATION; KERN & ASSOCIATES, LTD; TBR 1, LLC; AIRMOTIVE INVESTMENTS LLC; DOE INDIVIDUALS I-X inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 3:16-cv-00436-RCJ-WGC<br><br>**ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF HIGHLAND RANCH HOMEOWNERS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Defendant Highland Ranch Homeowners Association ("Highland Ranch") and Plaintiff The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-3CB Mortgage Pass-Through Certificates, Series 2005-3CB ("BNYM"), by and through their undersigned counsel, hereby stipulate and agree that Highland Ranch shall have an additional seven (7) days, up to and including **February 13, 2020**, to file its reply in support of motion for summary judgment (ECF No. 86), which reply is currently due on February 6, 2020. Highland Ranch's motion for summary judgment was filed on December 19, 2019, with BNYM's opposition (ECF No. 98) filed on January 3, 2020.

Laxalt & Nomura.
Attorneys at Law
9790 Gateway Drive,
suite 200
Reno, Nevada 89521

1

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 4th day of February, 2020.

| **AKERMAN LLP** | **LAXALT & NOMURA, LTD.** |
|---|---|
| */s/ Darren T. Brenner* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> JAMIE K. COMBS, ESQ. <br> Nevada Bar No. 13088 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2005-3CB Mortgage Pass-Through Certificates, Series 2005-3CB* | */s/Ryan W. Leary* <br> HOLLY S. PARKER, ESQ. <br> Nevada Bar No. 10181 <br> RYAN W. LEARY, ESQ. <br> Nevada Bar No. 11630 <br> 9790 Gateway Drive, Suite 200 <br> Reno, NV 89511 <br><br> *Attorneys for Highland Ranch Homeowners Association* |

## ORDER

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: **February 5, 2020.**

Laxalt & Nomura.
Attorneys at Law
9790 Gateway Drive,
suite 200
Reno, Nevada 89521

2