1  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 8386
2  NATALIE L. WINSLOW, ESQ.
   Nevada Bar No. 12125
3  NICHOLAS E. BELAY, ESQ.
   Nevada Bar No. 15175
4  Akerman LLP
   1635 Village Center Circle, Suite 200
5  Las Vegas, NV 89134
   Telephone: (702) 634-5000
6  Facsimile: (702) 380-8572
   Email: darren.brenner@akerman.com
7  Email: natalie.winslow@akerman.com
   Email: nicholas.belay@akerman.com

*Attorneys for The Bank of New York Mellon
fka The Bank of New York as Trustee for the
Certificateholders CWALT, Inc., Alternative
Loan Trust 2005-3CB Mortgage Pass-Through
Certificates, Series 2005-3CB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2005-3CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB, <br><br> Plaintiff, <br><br> v. <br><br> HIGHLAND RANCH HOMEOWNERS ASSOCIATION; KERN & ASSOCIATES, LTD; TBR I, LLC; AIRMOTIVE INVESTMENTS LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No. 3:16-cv-00436-RCJ-WGC <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLIES IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> **(FIRST REQUEST)** |

The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2005-3CB Mortgage Pass-Through Certificates, Series 2005-3CB (**BoNYM**), Highland Ranch Homeowners Association, and Airmotive Investments, LLC hereby stipulate and agree that BoNYM shall have an additional ten (10) days, up

51904130;1

to and including **February 24, 2020**, to file its replies in support of its motion for partial summary judgment, which are currently due on February 12, 2020, pursuant to ECF Nos. 100, 101.

This is the parties' first request for an extension of these deadlines and is not intended to cause any delay or prejudice to any party.

DATED this 10th day of February, 2020.

| **AKERMAN LLP** | **LAXALT & NOMURA, LTD.** |
|---|---|
| */s/ Nicholas E. Belay, Esq.*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2005-3CB Mortgage Pass-Through Certificates, Series 2005-3CB* | */s/ Ryan W. Leary, Esq.*<br>HOLLY S. PARKER, ESQ.<br>Nevada Bar No. 10181<br>RYAN W. LEARY, ESQ.<br>Nevada Bar No. 11630<br>9790 Gateway Drive, Suite 200<br>Reno, NV 89511<br><br>*Attorneys for Highland Ranch Homeowners Association* |
| **ROGER P. CROTEAU & ASSOCIATES, LTD.**<br><br>*/s/ Timothy E. Rhoda, Esq.*<br>ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>2810 W. Charleston Boulevard, Suite 75<br>Las Vegas, NV 89102<br><br>*Attorneys for Airmotive Investments LLC* | |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED**: February 18, 2020.**

2

51904130;1