# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2005-3CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB,<br><br>Plaintiff,<br>v.<br><br>HIGHLAND RANCH HOMEOWNERS ASSOCIATION; KERN & ASSOCIATES, LTD; TBR I, LLC; AIRMOTIVE INVESTMENTS LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 3:16-cv-00436-RCJ-WGC<br><br>**ORDER GRANTING STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLIES IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(THIRD REQUEST)** |

The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2005-3CB Mortgage Pass-Through Certificates, Series 2005-3CB (**BoNYM**), Highland Ranch Homeowners Association, and Airmotive Investments, LLC hereby stipulate and agree that BoNYM shall have an additional seven (7) days, up to and including **March 9, 2020**, to file its replies in support of its motion for partial summary

52136454;1

judgment. The parties enter into this stipulation to address current time constraints on BoNYM's counsel.

This is the parties' third request for an extension of these deadlines and is not intended to cause any delay or prejudice to any party.

DATED this 26th day of February, 2020.

| **AKERMAN LLP** | **LAXALT & NOMURA, LTD.** |
|---|---|
| */s/ Nicholas E. Belay, Esq.* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> NICHOLAS E. BELAY, ESQ. <br> Nevada Bar No. 15175 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2005-3CB Mortgage Pass-Through Certificates, Series 2005-3CB* | */s/ Ryan W. Leary, Esq.* <br> HOLLY S. PARKER, ESQ. <br> Nevada Bar No. 10181 <br> RYAN W. LEARY, ESQ. <br> Nevada Bar No. 11630 <br> 9790 Gateway Drive, Suite 200 <br> Reno, NV 89511 <br><br> *Attorneys for Highland Ranch Homeowners Association* |
| **ROGER P. CROTEAU & ASSOCIATES, LTD.** <br><br> */s/ Timothy E. Rhoda, Esq.* <br> ROGER P. CROTEAU, ESQ. <br> Nevada Bar No. 4958 <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 2810 W. Charleston Boulevard, Suite 75 <br> Las Vegas, NV 89102 <br><br> *Attorneys for Airmotive Investments LLC* | |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: **March 4, 2020.**

2

52136454;1