ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email:  natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2005-3CB Mortgage Pass-Through Certificates, Series 2005-3CB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2005-3CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB,<br><br>Plaintiff,<br><br>v.<br><br>HIGHLAND RANCH HOMEOWNERS ASSOCIATION; KERN & ASSOCIATES, LTD; TBR I, LLC; AIRMOTIVE INVESTMENTS LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 3:16-cv-00436-RCJ-WGC<br><br>**ORDER GRANTING MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

**TO:   ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Darren T. Brenner, Esq. is no longer associated with the law firm of Akerman LLP, and the undersigned requests that Mr. Brenner be removed from the service list.

53784963;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Akerman LLP continues to serve as counsel for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2005-3CB Mortgage Pass-Through Certificates, Series 2005-3CB in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq., Natalie L. Winslow, Esq. and Nicholas E. Belay, Esq.

DATED this 14th day of August, 2020

**AKERMAN LLP**

/s/  *Nicholas E. Belay*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8267
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
1635 Village Center Cir. Suite 200
Las Vegas, Nevada 89134

*Attorneys for The Bank of New York Mellon
 fka The Bank of New York as Trustee for the
Certificateholders CWALT, Inc., Alternative
Loan Trust 2005-3CB Mortgage Pass-Through
Certificates, Series 2005-3CB*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: August 17, 2020.

_____
UNITED STATES MAGISTRATE JUDGE
Case No. 3:16-cv-00436-RCJ-WGC

2

53784963;1