ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2005-3CB Mortgage Pass-Through Certificates, Series 2005-3CB*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2005-3CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB,<br><br>Plaintiff,<br><br>v.<br><br>HIGHLAND RANCH HOMEOWNERS ASSOCIATION; KERN & ASSOCIATES, LTD; TBR I, LLC; AIRMOTIVE INVESTMENTS LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 3:16-cv-00436-RCJ-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**(FIRST REQUEST)** |

The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2005-3CB Mortgage Pass-Through Certificates, Series 2005-3CB (**BoNYM**) and Highland Ranch Homeowners Association (**Highland**

54131424;1

1  **Ranch**), by and through their respective counsel, hereby stipulate and agree to extend the deadline to
2  file a joint pretrial order by thirty (30) days, to **September 8, 2020**.

3  The Court entered an order granting in part and denying in part Highland Ranch's motion for
4  summary judgment on July 8, 2020, finding BoNYM's claim for deceptive trade practices against
5  Highland Ranch survived summary judgment and remained pending for trial. (ECF No. 116).  Based
6  on this order, the deadline to file a joint pretrial order is currently August 7, 2020.  The parties are
7  working on a draft joint pretrial order but require additional time to fully and accurately complete
8  their respective portions.  Further, the parties are currently engaged in settlement negotiations, which
9  if successful would resolve the remaining claim for trial.  The parties therefore request additional
10 time to submit a joint pretrial order, which will allow the parties to continue working towards a
11 potential resolution.

12 This is the parties' first request to extend the joint pretrial order deadline.  This request is not
13 made to cause delay or prejudice to any party.

14 DATED this 6th day of August, 2020

| **AKERMAN LLP** | **LAXALT & NOMURA, LTD.** |
|---|---|
| /s/ Nicholas E. Belay | /s/ Ryan W. Leary |
| NATALIE L. WINSLOW, ESQ. | HOLLY S. PARKER, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 10181 |
| NICHOLAS E. BELAY, ESQ. | RYAN W. LEARY, ESQ. |
| Nevada Bar No. 15175 | Nevada Bar No. 11630 |
| 1635 Village Center Circle, Suite 200 | 9790 Gateway Drive, Suite 200 |
| Las Vegas, NV 89134 | Reno, NV 89511 |
| *Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2005-3CB Mortgage Pass-Through Certificates, Series 2005-3CB* | *Attorneys for Highland Ranch Homeowners Association* |

## COURT APPROVAL

IT IS SO ORDERED.

Dated: August 17, 2020.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE
Case No. 3:16-cv-00436-RCJ-WGC

2

54131424;1