NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2005-3CB Mortgage Pass-Through Certificates, Series 2005-3CB*

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2005-3CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB,

Plaintiff,

v.

HIGHLAND RANCH HOMEOWNERS ASSOCIATION; KERN & ASSOCIATES, LTD; TBR I, LLC; AIRMOTIVE INVESTMENTS LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,

Defendants.

Case No. 3:16-cv-00436-RCJ-WGC

**ORDER REGARDING EXCESS PROCEEDS**

The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2005-3CB Mortgage Pass-Through Certificates, Series 2005-3CB (**BoNYM**), Highland Ranch Homeowners Association (**Highland Ranch**), and Airmotive Investments, LLC (**Airmotive**), hereby stipulate and agree that the excess proceeds from the HOA foreclosure sale, which the parties understand is being held by the State of California as unclaimed property in the amount of $22,893.92 be handled as follows:

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1. BoNYM's counsel shall request the excess proceeds from the unclaimed property division on behalf of BoNYM, to be held in trust by BoNYM's counsel pending resolution of the underlying claims.

2. The parties agree they do not waive any defenses by BoNYM recovering the excess proceeds from the State of California, and that by obtaining the excess proceeds BoNYM does not concede either that its deed of trust survived or did not survive the sale. Rather, the parties believe it is beneficial to all parties involved that the excess proceeds be preserved until a final determination is made in this action.

DATED this 24th day of August, 2020.

| | |
|---|---|
| **AKERMAN LLP**<br><br>*/s/ Natalie L. Winslow*<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for BoNYM* | **LAXALT & NOMURA, LTD.**<br><br>*/s/ Ryan W. Leary*<br>HOLLY S. PARKER, ESQ.<br>Nevada Bar No. 10181<br>RYAN W. LEARY, ESQ.<br>Nevada Bar No. 11630<br>9790 Gateway Drive, Suite 200<br>Reno, NV 89511<br><br>*Attorneys for Highland Ranch Homeowners Association* |
| **ROGER P. CROTEAU & ASSOCIATES, LTD.**<br><br>*/s/ Timothy E. Rhoda*<br>ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>2810 W. Charleston Boulevard, Suite 75<br>Las Vegas, NV 89102<br><br>*Attorneys for Airmotive Investments LLC* | |

**IT IS SO ORDERED.**

______________________________
**UNITED STATES DISTRICT COURT JUDGE**

**DATED: September 1, 2020.**