ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for The Bank of New York Mellon
fka The Bank of New York as Trustee for the
Certificateholders CWALT, Inc., Alternative
Loan Trust 2005-3CB Mortgage Pass-Through
Certificates, Series 2005-3CB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2005-3CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB,<br><br>Plaintiff,<br><br>v.<br><br>HIGHLAND RANCH HOMEOWNERS ASSOCIATION; KERN & ASSOCIATES, LTD; TBR I, LLC; AIRMOTIVE INVESTMENTS LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 3:16-cv-00436-RCJ-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**(SECOND REQUEST)** |

The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2005-3CB Mortgage Pass-Through Certificates, Series 2005-3CB (**BoNYM**) and Highland Ranch Homeowners Association (**Highland Ranch**), by and through their respective counsel, hereby stipulate and agree to extend the deadline to file a joint pretrial order by fourteen (14) days, to **September 22, 2020**.

54518275;1

1  The Court entered an order granting in part and denying in part Highland Ranch's motion for summary judgment on July 8, 2020, finding BoNYM's claim for deceptive trade practices against Highland Ranch survived summary judgment and remained pending for trial. (ECF No. 116). Based on this order, and the parties' first stipulation to extend the joint pretrial order deadline, the current deadline to file a joint pretrial order is September 8, 2020.

The parties continue to work on a draft joint pretrial order but require additional time to fully and accurately complete their respective portions.  Further, the parties remain engaged in settlement negotiations, which if successful would resolve the remaining claim for trial.  The parties therefore request a two-week extension to submit a joint pretrial order, which will allow the parties to continue working towards a potential resolution.

This is the parties' second request to extend the joint pretrial order deadline.  This request is not made to cause delay or prejudice to any party.

DATED this 4th day of September, 2020

| **AKERMAN LLP** | **LAXALT & NOMURA, LTD.** |
|---|---|
| */s/ Nicholas E. Belay* <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> NICHOLAS E. BELAY, ESQ. <br> Nevada Bar No. 15175 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for The Bank of New York Mellon* | */s/ Holly S. Parker* <br> HOLLY S. PARKER, ESQ. <br> Nevada Bar No. 10181 <br> RYAN W. LEARY, ESQ. <br> Nevada Bar No. 11630 <br> 9790 Gateway Drive, Suite 200 <br> Reno, NV 89511 <br><br> *Attorneys for Highland Ranch Homeowners Association* |

## COURT APPROVAL

IT IS SO ORDERED. Dated:

September 8, 2020.

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE
Case No. 3:16-cv-00436-RCJ-WGC

54518275;1