# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-3CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB,<br><br>Plaintiff,<br><br>vs.<br><br>HIGHLAND RANCH HOMEOWNERS ASSOCIATION, *et al.*,<br><br>Defendants. | Case No.: 3:16-CV-00436-RCJ-WGC<br><br>**ORDER SETTING CALENDAR CALL VIA ZOOM VIDEO**<br><br>**Zoom Calendar Call:** January 11, 2021<br>**Zoom Conference Time:** 10:00 A.M.(PDT) |

    Plaintiff filed a Notice of Settlement (ECF No. 129) with the Court on September 25, 2020. The settling parties provided notice to the Court that they reached a confidential settlement resolution and anticipated that the performance of the terms of the settlement would be completed within ninety (90) days of the date of the notice. To date, the parties have not filed dismissal documents in accordance with the notice or requested an extension of time in which to submit the dismissal documents beyond December 24, 2020. Accordingly,

1

**IT IS HEREBY ORDERED** that Calendar Call via Zoom Video is set for **10:00 A.M. (PDT), Monday, January 11, 2021.**

**IT IS FURTHER ORDERED** that the parties are directed to contact the courtroom deputy Lesa Ettinger (Lesa_Ettinger@nvd.uscourts.gov or 775-686-5833) **by Noon, Tuesday, January 5, 2021,** to provide her the e-mail address of each counsel, party and/or representative attending the hearing.

**IT IS FURTHER ORDERED** that the following Video Conference Instructions be adhered to as follows:

**INSTRUCTIONS FOR VIDEO CONFERENCE HEARING:**

Instructions to the scheduled hearings will be sent via email ONE (1) day prior to the hearing to the participants email provided to the Court.

1. Log on to the call ten (10) minutes prior to the hearing time.

2. Mute your sound prior to entering the hearing.

3. Do not talk over one another.

4. State your name prior to speaking for the record.

5. Do not have others in the video screen or moving in the background.

6. No recording of the hearing.

7. No forwarding of any video conference invitations.

8. Unauthorized users on the video conference will be removed.

**IT IS FURTHER ORDERED** that the Public may access and listen to the Hearing as follows: Public telephonic participants shall call AT&T no later than five (5) minutes prior to the hearing at 1 **(888) 675-2535**. Access Code is **2900398** Security Code **011121**.

**IT IS FURTHER ORDERED** that persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings or any other sanctions deemed necessary by the court.

IT IS SO ORDERED.

Dated this 29th day of December, 2020.

_____
ROBERT C. JONES
United States District Judge