HOLLY S. PARKER (SBN 10181)
RYAN LEARY (SBN 11630)
LAXALT & NOMURA, LTD.
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
T: (775) 322-1170
Attorneys for *Defendant*
*HIGHLAND RANCH HOMEOWNERS ASSOCIATION*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-3CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB, <br><br> Plaintiff, <br> vs. <br><br> HIGHLAND RANCH HOMEOWNERS ASSOCIATION; KERN & ASSOCIATES, LTD; TBR 1, LLC; AIRMOTIVE INVESTMENTS LLC; DOE INDIVIDUALS I-X inclusive, and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No.:  3:16-cv-00436-RCJ-WGC <br><br> **ORDER FOR** <br> **DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-3CB Mortgage Pass Through Certificates, Series 2005-3CB ("BoNYM") and Defendant Highland Ranch Homeowners Association ("Highland Ranch"), by and through their respective counsel, that all claims as between BoNYM and Highland Ranch shall be dismissed with prejudice.[1]

---

[1] The claims asserted by BoNYM against Kern & Associates, Ltd. and against TBR I, LLC were previously dismissed.  *See* ECF Nos. 17 and 89.  Likewise, the claims by BoNYM against Airmotive Investments LLC were resolved by the Court's Order addressing the Parties' competing motions for summary judgment.  *See* ECF No. 116. As such, this stipulation effectively resolves all remaining claims that are now pending before this Court.

Laxalt & Nomura.
Attorneys at Law
9790 Gateway Drive,
suite 200
Reno, Nevada 89521

1

Each party to this stipulation shall bear its own fees and costs.

DATED this 15th day of January, 2021.  DATED this 15th day of January, 2021.

**AKERMAN LLP**   **LAXALT & NOMURA, LTD.**

*/s/ Nicholas Belay*   */s/ Ryan W. Leary*
NATALIE L. WINSLOW, ESQ.   HOLLY S. PARKER, ESQ.
Nevada Bar No. 12125   Nevada Bar No. 10181
NICHOLAS BELAY, ESQ.   RYAN W. LEARY, ESQ.
Nevada Bar No. 15175   Nevada Bar No. 11630
1635 Village Center Circle, Suite 200   9790 Gateway Drive, Suite 200
Las Vegas, NV 89134   Reno, NV 89521

*Attorneys for The Bank of New York Mellon*   *Attorneys for Highland Ranch*
*fka The Bank of New York as Trustee for the*   *Homeowners Association*
*Certificateholders CWALT, Inc., Alternative*
*Loan Trust 2005-3CB Mortgage Pass-Through*
*Certificates, Series 2005-3CB*

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: **January 21, 2021.**

2